

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00696-CV

L. Prasad M. **VEMULAPALLI**, M.D. and Cardiovascular Associates of San Antonio, P.A.,
Appellants

v.

Charles **MOORE**, Individually and as Representative of the Estate of Cameron Moore,
Deceased,
Appelle

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18998
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. Time is extended to January 13, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court